UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARI GROSS LAU, on behalf of the Jupiter Center Retirement Plan and all other similarly situated pension plans, <br><br> Plaintiff, <br><br> vs. <br><br> METROPOLITAN LIFE INSURANCE COMPANY, <br><br> Defendant. | Case No. 1:15-cv-09469 |

### STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiff Mari Gross Lau and Defendant Metropolitan Life Insurance Company stipulate to the dismissal of the pending action with prejudice, with no award of costs or fees to either party.

January 11, 2018

By: _/s/ Mark P. Kindall_
Robert A. Izard
Mark P. Kindall
Christopher M. Barrett
IZARD, KINDALL & RAABE, LLP
29 S. Main St., Suite 305
West Hartford, CT 06107

Gregory Y. Porter
Ryan T. Jenny
Michael L. Murphy
BAILEY & GLASSER, LLP
1054 31st Street, NW, Suite 230
Washington, DC 20007

*Attorneys for Plaintiff*

By: _/s/ Melissa D. Hill_
Melissa D. Hill
William J. Delany
Chelsea L. Conanan
MORGAN, LEWIS & BOCKIUS, LLP

101 Park Avenue
New York, New York 10178

1111 Pennsylvania Avenue, NW
Washington, DC 20004

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2018, a copy of the foregoing was filed electronically through the CM/ECF system which will serve notification of such filing to the e-mail addresses of all counsel of record in this action.

                                                         /s/ Mark P. Kindall
                                                         Mark P. Kindall